# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 24, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149199 & (16)

MICHAEL ZORAN,
            Plaintiff-Appellant,

and

KYLE SUNDAY and AUSTIN ADAMS,
            Plaintiffs-Appellees,

v

TOWNSHIP OF COTTRELLVILLE and
KELLY ANN LISCO, a/k/a KELLY ANN
FISCELLI-LISCO, a/k/a KELLY ANN FISCELLI,
in her individual capacity,
            Defendants-Appellees.

SC: 149199
COA: 320333
St. Clair CC: 13-001841-CZ

_____/

       On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the March 24, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 24, 2014



Clerk

s0616